08-CR-05606-ORD

MAGISTRATE JUDGE _____

FILED RECEIVED LODGED
FEB 09 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELA M. HUGHES,<br><br>Defendant/Petitioner. | NO. CR 08-5606<br><br>FINDINGS AND ORDER ACCEPTING DEFENDANT FOR DEFERRED PROSECUTION, APPROVING TREATMENT PLAN, AND DIRECTING DEFENDANT TO TAKE TREATMENT AS PRESCRIBED<br><br>(Clerk's Action Required) |

THIS MATTER, coming on for hearing this 9 day of Feb, 2009, upon the defendant's Petition for Deferred Prosecution; the defendant appearing in person and by her/his attorney, James F. Christnacht, and the United States of America being represented by Barbara Sievers, Assistant United States Attorney; the Court, having examined and incorporated into the record Petitioner's Petition and Statement in support of deferred prosecution, the evaluation and treatment report prepared by Eddie Griffin, and the files and records herein, being fully advised in the premises, does now make and enter the following:

///

///

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 1 [2001 version]

ORIGINAL

TROUP, CHRISTNACHT
LADENBURG, McKASY &
DURKIN, INC., P.S.
6602 19th Street West
Tacoma, WA 98466

## I. FINDINGS OF FACT

A. On or about the __3__ day of __May__, __08__, Petitioner was charged with the offense/offenses charged in the Information. This offense occurred as a direct result of alcoholism/chemical dependency problems;

B. Petitioner suffers from an alcohol/drug problem and is in need of treatment;

C. The probability of similar misconduct in the future is great if the problem is not treated;

D. Petitioner is amenable to treatment;

E. An effective rehabilitative treatment plan is available to Petitioner through __Griffin & Griffin__, an approved treatment facility as designated by the laws of the State of Washington, and Petitioner agrees to be liable for all costs of this treatment program;

F. That Petitioner agrees to comply with the terms and conditions of the program offered by the treatment facility as set forth in the diagnostic evaluation from __Griffin & Griffin__, attached to Statement of Petitioner filed herewith, and that Petitioner agrees to be liable for all costs of this treatment program;

G. That Petitioner has knowingly and voluntarily stipulated to the admissibility and sufficiency of the facts as contained in the written police report attached to Statement of Petitioner filed herewith.

H. That Petitioner has acknowledged the admissibility of the stipulated facts in any criminal hearing or trial on the underlying offense or offenses held subsequent to revocation of this Order Granting Deferred Prosecution and that these reports will be used to support a finding of guilt;

From the foregoing FINDINGS OF FACT, the Court draws the following:

///

///

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 2 [2001 version]

TROUP, CHRISTNACHT
LADENBURG, McKASY &
DURKIN, INC., P.S.
6602 19th Street West
Tacoma, WA 98466

## II. CONCLUSIONS OF LAW

A. That the above-entitled Court has jurisdiction over the subject matter and Petitioner __Angela Hughes__, in this case;

B. That Petitioner's Petition for Deferred Prosecution meets the requirements of RCW 10.05 et seq.;

C. That the diagnostic evaluation and commitment to treatment meets the requirements of RCW 10.05.150;

D. That Petitioner is eligible for deferred prosecution.

## III. ORDER

Having made and entered the foregoing FINDINGS OF FACT and CONCLUSIONS OF LAW, it is hereby

ORDERED that the defendant is accepted for deferred prosecution. The prosecution of the above-entitled matter is hereby deferred for a five (5) years pursuant to RCW 10.05 et seq., upon the following terms and conditions:

A. Petitioner shall be on probation for the deferral period and follow the rules and regulations of probation;

B. Petitioner shall enroll in and successfully complete the two-year treatment program recommended by __Eddie Griffin__ according to the terms and conditions of that plan as outlined in the diagnostic evaluation, a true copy of which is attached to the Petition and incorporated herein by reference. Petitioner shall not change treatment agencies without prior Probation approval;

C. The treatment facility, __Griffin & Griffin__, shall file with the United States Probation Office status reports of Petitioner's compliance with treatment, monthly during the first year of the deferred prosecution period and every three (3) months during the second year. The Court may increase the frequency of these reports at its discretion;

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 3 [2001 version]

TROUP, CHRISTNACHT
LADENBURG, McKASY &
DURKIN, INC., P.S.
6602 19th Street West
Tacoma WA 98466

D. Petitioner shall notify U.S. Probation within 72 hours of any residence change.

E. Petitioner shall abstain during the deferred prosecution period from any and all consumption of alcoholic beverages and/or non-prescribed mind-altering drugs;

F. Petitioner shall not operate a motor vehicle on the public highways without a valid operator's license and proof of liability insurance sufficient to comply with the state laws on financial responsibility;

G. Petitioner shall be law abiding and shall not commit any alcohol/drug related offenses or other criminal offenses during the period of deferral,

H. Petitioner shall notify U.S. Probation within 72 hours of being arrested, questioned, or cited by Law Enforcement.;

I. In the event that Petitioner fails or neglects to carry out and fulfill any term or condition of her/his treatment plan or violates any provision of this Order or any rule or regulation of her/his probation officer, upon receiving notice, the Court shall hold a hearing to determine why Petitioner should not be removed from deferred prosecution and prosecuted for the offense/offenses charged;

J. In the event the Court finds cause to revoke this deferred prosecution, the stipulated police reports shall be admitted into evidence, and Petitioner shall have her guilt or innocence determined by the Court;

K. That the statement of Petitioner for Deferred Prosecution shall remain sealed, and all subsequent reports or documents relating to her treatment information shall be sealed, to maintain confidentiality of Petitioner's treatment information;

L. That the Department of Licensing be notified of this Order accepting the Petitioner for deferred prosecution;

M. Upon proof of Petitioner's successful completion of five years deferral period in this Order, the Court shall dismiss the charges pending against Petitioner.

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 4 [2001 version]

TROUP, CHRISTNACHT
LADENBURG, McKASY &
DURKIN, INC., P.S.
6602 19th Street West
Tacoma. WA 98466

N. Additional conditions: _____

_____

_____

DONE IN OPEN COURT this  9  day of  Feb , 2009.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
James F. Christnacht, WSB # 14726
Attorney for Petitioner

I have received a copy of the foregoing Order of Deferred Prosecution. I have read and understand its contents, and agree to abide by the terms and conditions set forth herein.

Dated: Feb 9, 2009            _____
                              Angela M. Hughes
                              Petitioner

I certify that a copy of this signed Order was mailed to the subject treatment facility, on February 20, 2009. The United States Probation Office was also furnished a copy of this Order.

_____
Clerk

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 5 [2001 version]

TROUP, CHRISTNACHT
LADENBURG, McKASY &
DURKIN, INC., P.S.
6602 19th Street West
Tacoma, WA 98466